Appendix B

OCT 31 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Joshua Louis Little

versus

F.B.I.
Federal Bureau Investigation

CIVIL ACTION NO. _____

## ORIGINAL COMPLAINT

I am suing the F.B.I. for $100,000,000 for refusing to prosecute crimes in the Laurel Oaks Community. I reside there at 2231 Laurel Branch Way. A search warrant needs to be issued to get Anntwyla Bass out of the house. I am a prince she is the princess to a drug kingpin conspiracy in the neighborhood. The president of the U.S.A. and F.B.I. director is very aware of the situation. I attempted to go to the FBI office on June 30 in the Houston, TX office at 11:00 A.M. I asked to speak to an agent and waited for 2 hours and never seen agents. It's on the camera, they used decoy employees instead. I returned there the following day on July 1 at 11:00 AM then the security guard Ernest King would not let me pass. Then on the date of October 7, 2016 I arrived at the F.B.I. office in Salt Lake City, UT at 8:00 AM I made the flight there and made it past security at 8:15 am

I spoke with an agent who was alerted by a coworker that I would be there that morning. This has been the 3rd time in the past 3-4 months that I've had issues with the F.B.I. issuing a search warrant for Anntwyla Bass her phone number is (832) 331-2358. Contact me at (832) 608-2894, you know that my phone is hacked online. I have a request to issue the search warrant where she is, 20 F.B.I. agents fly down from Washington DC and pick me up and we fly out. This has been going on since April 4, 2011

Contact Carolyn Battle and get her anything she needs. Phone number being (828) 777-7764. Kingpin Royalty $100,000,000 lawsuit.

2231 Laurel Branch Way Houston TX 77014
(832) 608-2894